# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE BROWN, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 08-CV-95-WDS-CJP ) |
| WILESKA LIRIOS and MARTA SANTIAGO, | ) ) ) |
| Defendants. | ) |

## ORDER

**STIEHL, District Judge:**

This matter is before the Court on the request of the Defendants that the Court perform an initial screening of this case.

The Court, being fully advised in these premises, finds that said request is well taken.

It is, therefore, the **ORDER** of this Court that the Court will perform an initial screening of this case pursuant to Title 28, United States Code, Section 1915A. It is the further Order of this Court that Defendants need not answer or otherwise respond to this case until the Court decides the proper procedure for the processing of this case.

**SO ORDERED:**

**DATED: April 21, 2008**

s/*WILLIAM D. STIEHL*
**United States District Judge**