# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| GEORGE BROWN, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CIVIL NO. 08-cv-095-WDS |
| vs. | ) | |
| | ) | APPEAL NO. 08-3294 |
| WILESKA LIRIOS, *et al.*, | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

The Seventh Circuit granted Plaintiff's motion for leave to proceed *in forma pauperis* on appeal and remanded the action to this Court for the limited purpose of assessing and collecting the filing fee (Doc. 28). However, Plaintiff has not submitted a copy of his prison trust fund account activity as required by 28 U.S.C. § 1915(a)(2).

**IT IS THEREFORE ORDERED** that Plaintiff shall submit, within **THIRTY (30) DAYS** of the date of the entry of this order, a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the notice of appeal. Plaintiff is **ADVISED** that until he submits this document, no further proceedings may take place in his appeal.

Plaintiff is **FURTHER ADVISED** that his obligation to pay the $455 filing fee for this appeal was incurred at the time the notice of appeal was filed. **Failure to file a certified copy of the prison trust account statement required by 28 U.S.C. § 1915 (a)(2) within thirty days may be construed as equivalent to a decision to dismiss the appeal.** *See Thurman v. Gramley*, 97 F.3d 185, 187 (7th Cir. 1996).

**IT IS SO ORDERED.**

DATED: December 15, 2008

s/ **WILLIAM D. STIEHL**
**DISTRICT JUDGE**